**ORDER**
The Motion (Doc. No. 12) is GRANTED.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CASSIE WILLIAMS,

          *Plaintiff*,

v.

SCHMIEDE CORPORATION,

          *Defendant*.

Case no. 3:26-cv-00248

District Judge Richardson
Magistrate Judge Holmes

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Cassie Williams, respectfully requests a 14-day extension of time, up to and including April 29, 2026, to file her response to Defendant's Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. Defendant, Schmiede Corporation, filed a Motion to Dismiss the Complaint on April 1, 2026 (ECF 10-11).

2. Plaintiff's response is currently due April 15, 2026.

3. Due to Plaintiff counsels' previously scheduled depositions, mediations, and briefing, Plaintiff's counsel requires additional time to respond to Defendant's Motion than is allowed by Local Rule 7.01(a)(3).

4. Plaintiff seeks this extension for good cause, to allow her sufficient time to fully respond to the Motion.

5. Plaintiff's counsel has conferred with Defendant's counsel regarding this request, and Defendant does not oppose this Motion.

6. Accordingly, Plaintiff respectfully requests an extension of time, up to and including April 29, 2026, to file her response in opposition to Defendant's Motion to Dismiss.